**Electronically Filed**
**Supreme Court**
**SCWC-15-0000032**
**23-JUN-2016**
**10:07 AM**

SCWC-15-0000032

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ERIC J. MINTON and RICHARD M. STANLEY,
Respondents/Plaintiffs-Appellees/Cross-Appellants,

vs.

SIDNEY A. QUINTAL, JOHN C. FUHRMANN, and
CITY AND COUNTY OF HONOLULU,
Petitioners/Defendants/Appellants/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000032; CIVIL NO. 07-1-2354)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Ochiai in place of McKenna, J., recused)

Petitioners/Defendants/Appellants/Cross-Appellees

Sidney A. Quintal's application for writ of certiorari filed on

May 16, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, June 23, 2016.

Donna Y.L. Leong,                    /s/ Mark E. Recktenwald
Matthew S.K. Pyun,
John P. Moran and                    /s/ Paula A. Nakayama
Nicolette Winter
for petitioners                      /s/ Richard W. Pollack

Charles S. Lotsof                    /s/ Michael D. Wilson
for respondents
                                     /s/ Dean E. Ochiai

